# UNITED STATES DISTRICT COURT
### *Eastern District of Washington*

JAMES S. GORDON, et. al.,

                             Plaintiffs,

                                                          JUDGMENT IN A CIVIL CASE

                                v.

FIRST PREMIER BANK, INC., et. al.,

                                                          CASE NUMBER: CV-08-5035-LRS

                             Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants, as all claims against Defendants are dismissed with prejudice pursuant to the Order Granting Defendants' Motion to Dismiss entered on December 21, 2009, Ct Rec 35.

| | |
|---|---|
| December 21, 2009 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |